```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08304
    CARLOS GARCIA
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-7593


------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/07/07 and confirmed on 08/24/07.

    2.   The case was dismissed after confirmation, 06/06/2008.

    3.   The Debtor paid a total of $   4467.27 .

    4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
LCS FINANCIAL SERVICES C  CURRENT MORTG          .00            .00            .00
LCS FINANCIAL SERVICES C  MORTGAGE ARRE          .00            .00            .00
SAXON MORTGAGE SERVICES   SECURED                .00            .00            .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE          .00            .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC      6895.68         292.48        1015.72
CAPITAL ONE BANK          UNSECURED           808.49            .00          31.20
CASTLE CREDIT CORP        UNSECURED          6384.83            .00         246.37
ROUNDUP FUNDING LLC       UNSECURED          1556.88            .00          60.08
CINGULAR                  UNSECURED         NOT FILED           .00            .00
COMCAST                   UNSECURED         NOT FILED           .00            .00
DISH NETWORK              UNSECURED         NOT FILED           .00            .00
GE MONEY BANK             UNSECURED         NOT FILED           .00            .00
GREAT LAKES CREDIT UNION  UNSECURED         NOT FILED           .00            .00
GREAT LAKES CREDIT UNION  UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED           726.59            .00          28.04
ROUNDUP FUNDING LLC       UNSECURED           326.08            .00            .00
CBUSA                     UNSECURED         NOT FILED           .00            .00
WASHINGTON MUTUAL         UNSECURED         NOT FILED           .00            .00
         Summary of disbursements:

                       SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     6895.68         .00      9802.87          .00      16698.55
PRINCIPAL PAID         1015.72         .00       365.69          .00       1381.41
INTEREST PAID           292.48         .00          .00          .00        292.48
TOTAL PAID             1308.20         .00       365.69          .00       1673.89
The Debtor's attorney, DAVID M SIEGEL                   , was allowed $  3000.00
and was paid $    376.00   direct and $   2624.00   through the plan.

The Trustee received $     169.38 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                         /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE